UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

SHERRY GILL                                              Chapter 7
                                                         Case No. 07-56890-MBM
                    Debtor.                              Hon: Marci B. McIvor
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $4.43, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 3 | B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $4.43 |
| | **TOTAL:** | **$4.43** |

Dated: 5/3/10                                    /s/ Stuart A. Gold
                                                 Stuart A. Gold, Trustee
                                                 24901 Northwestern Hwy., Ste 444
                                                 Southfield, MI 48075-2223
                                                 (248) 350-8220
                                                 stuart.gold@7trustee.net